IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:23CR354 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | |
| CHRISTEN L. CLARK, | ) | UNITED STATES' MOTION TO |
| | ) | CORRECT CLERICAL ERROR IN |
| Defendants. | ) | INDICTMENT |
| | ) | |

Now comes the United States of America, by and through its undersigned counsel, and hereby moves to correct a clerical error in Counts 5 and 6 and in the Forfeiture provision of the indictment in the above-captioned case. *See* ECF at Doc. #1, PageID 3-5. Specifically, the Ruger model EC9s, 9mm caliber semiautomatic pistol listed in each of those sections of the Indictment is described as "bearing serial number 59-21433[.]" *Id.* The correct serial number for the Ruger firearm is "459-21433." This is an obvious clerical error, as the first digit of the serial number was inadvertently omitted from the firearm description in the indictment. Accordingly, the United States hereby moves to correct the error by substituting "459-21433" for "59-21433" in Counts 5 and 6 and in the Forfeiture provision.

"The purpose for indictment by a grand jury is 'to limit [an individual's] jeopardy to offenses charged by a group of his fellow citizens acting independently of either prosecuting attorney or judge.'" *United States v. Hazelwood*, 2017 WL 2465027 * 1 (E.D. Tenn. 2017) (quoting *Stirone v. United States*, 361 U.S. 212, 218 (1960)). An indictment preserves three constitutional rights of a defendant in a criminal case: "(1) the right to fair notice of the charges, (2) the protection against double jeopardy, and (3) the right to have a grand jury find probable cause for felony charges."

*Hazelwood*, 2017 WL 2465027 at *1 (citing *Russell v. United States*, 369 U.S. 749, 763-770 (1962)). Accordingly, "an indictment may not be amended except by resubmission to the grand jury, unless the change is merely a matter of form." *Russell*, 369 U.S. at 770.  The Sixth Circuit has established that "changes of form include corrections of clerical or typographical errors." *United States v. Rosenbaum*, 628 F. App'x 923, 929 (6th Cir. 2015) (citations omitted).  Such corrections are permitted "because they do not alter the charging terms of the indictment and therefore do not jeopardize a defendant's constitutional protections, particularly fair notice of the charges." *Id*. (internal quotations omitted).

The serial number error in the indictment in this case is a "clerical or typographical error." Correcting the error would not alter the elements or penalties associated with the charges in the indictment, nor in any way deprive Defendant of a constitutional right, including fair notice of the charges.  Rather, the correction would merely conform the description of one of the firearms in the indictment to the evidence produced by the United States in discovery.

Accordingly, the United States requests that the Court permit the proposed correction to the indictment.  Attached hereto as Exhibit 1 is a proposed corrected indictment, consistent with the above.

<div style="margin-left:40%">

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:    /s/ Peter E. Daly

Peter E. Daly (OH: 0084745)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
(330) 375-5492 (facsimile)
Peter.Daly@usdoj.gov

</div>

<div style="text-align:center">2</div>