IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| CHRISTEN L. CLARK, | ) | Sections 922(g)(1), 924(a)(8) and |
| | ) | 924(c)(1)(A)(i); Title 21, United |
| Defendant. | ) | States Code, Sections 841(a)(1), |
| | ) | (b)(1)(A), (b)(1)(B), and 846 |
| | ) | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Cocaine, Fentanyl, and Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 846)

The Grand Jury charges:

1. From in or around April 2022 to on or about June 2, 2023, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTEN L. CLARK, and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with diverse others, unknown to the Grand Jury, to possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, its salts, optical and geometric isomers, and salts of isomers, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); all in violation of Tile 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2.      On or about June 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTEN L. CLARK did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3.      On or about June 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTEN L. CLARK did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4.      On or about June 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTEN L. CLARK did knowingly and intentionally possess with the intent to

2

distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 5
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5.      On or about June 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTEN L. CLARK, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession of Cocaine, on or about March 8, 2004, in case number 2004 CR0184A, in the Court of Common Pleas of Stark County, Ohio; Possession of Cocaine, on or about March 8, 2004, in case number 2003CR1616, in the Court of Common Pleas of Stark County, Ohio; Possession of Cocaine, on or about August 28, 2006, in case number 2006CR0769, in the Court of Common Pleas of Stark County, Ohio; Possession of Cocaine, on or about December 31, 2008, in case number 2008CR1396, in the Court of Common Pleas of Stark County, Ohio; Possession of Cocaine, on or about June 8, 2015, in case number 2014CR1859B, in the Court of Common Pleas of Stark County, Ohio, knowingly possessed in and affecting interstate and foreign commerce firearms, to wit: a FN model FNS, 40 caliber semiautomatic pistol, bearing serial number GKU0133144; a Ruger model EC9s, 9mm caliber semiautomatic pistol, bearing serial number 459-21433; a Glock model 22, 40 caliber semiautomatic pistol, bearing serial number VVU814; a Kimber model Solo, 9mm caliber semiautomatic pistol, bearing serial number S1147277; a Kimber model Micro, 9mm caliber semiautomatic pistol, bearing serial number PB0278609; and a Taurus model Judge, 410 caliber revolver, bearing serial number AEC163597, and ammunition,

3

said firearms and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 6
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

6. On or about June 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTEN L. CLARK did knowingly possess firearms, to wit: a FN model FNS, 40 caliber semiautomatic pistol, bearing serial number GKU0133144; a Ruger model EC9s, 9mm caliber semiautomatic pistol, bearing serial number 459-21433; a Glock model 22, 40 caliber semiautomatic pistol, bearing serial number VVU814; a Kimber model Solo, 9mm caliber semiautomatic pistol, bearing serial number S1147277; a Kimber model Micro, 9mm caliber semiautomatic pistol, bearing serial number PB0278609; and a Taurus model Judge, 410 caliber revolver, bearing serial number AEC163597, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being: Possession with Intent to Distribute Fentanyl, as charged in Count 2 herein, Possession with Intent to Distribute Amphetamine, as charged in Count 3 herein, and Possession with Intent to Distribute Cocaine, as charged in Count 4 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 6 are incorporated herein by reference. As a

4

result of the foregoing offenses, Defendant CHRISTEN L. CLARK, shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following properties seized on June 2, 2023:

a. $1,004,496.00 in U.S. Currency;

b. 2021 Chevrolet Tahoe, VIN: 1GNSKTKL3MR185102;

c. a FN model FNS, 40 caliber semiautomatic pistol, bearing serial number GKU0133144;

d. a Ruger model EC9s, 9mm caliber semiautomatic pistol, bearing serial number 459-21433;

e. a Glock model 22, 40 caliber semiautomatic pistol, bearing serial number VVU814;

f. a Kimber model Solo, 9mm caliber semiautomatic pistol, bearing serial number S1147277;

g. a Kimber model Micro, 9mm caliber semiautomatic pistol, bearing serial number PB0278609; and

h. a Taurus model Judge, 410 caliber revolver, bearing serial number AEC163597

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

United States v. Christen L. Clark

A TRUE BILL.

_____

FOREPERSON


REBECCA C. LUTZKO
United States Attorney


By: _____
David M. Toepfer
Deputy Chief, Criminal Division

6