UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-4068

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

CHRISTEN L. CLARK,

    Defendant - Appellant.

```
┌──────────────────────────────┐
│           FILED              │
│        Apr 16, 2026         │
│   KELLY L. STEPHENS, Clerk  │
└──────────────────────────────┘
```

Before:  STRANCH, BUSH, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Akron.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's denial of Christen L. Clark's motion to withdraw his guilty plea is VACATED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*

_____

Kelly L. Stephens, Clerk