**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 24-4068

_____

Filed: May 08, 2026

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

                                        5:23-cr-00354-PAG-1

CHRISTEN L. CLARK

      Defendant - Appellant

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 04/16/2026 the mandate for this case hereby issues today.     Vacated and Remanded.

 COSTS:  None